# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 08, 2026

Mr. Samuel Bean
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, DC 20005

Mr. William V. Bergstrom
Cooper & Kirk, P.L.L.C.
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

Mr. Sean Janda
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Laura Myron
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Peter A. Patterson
Cooper & Kirk, P.L.L.C.
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

Mr. David H. Thompson
Cooper & Kirk, P.L.L.C.
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

Mr. Cody J. Wisniewski
Firearms Policy Coalition
Action Foundation
5550 Painted Mirage Road
Suite 320
Las Vegas, NV 89149

No. 25-11206    Elite Precision v. ATF
            USDC No. 4:25-CV-44

Dear Mr. Bean, Mr. Bergstrom, Mr. Janda, Ms. Myron, Mr.
Patterson, Mr. Thompson, Mr. Wisniewski,

Attached is a revised case caption, which should be used on all
future filings in this case.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Casey A. Sullivan, Deputy Clerk
                    504-310-7642

_____

Case No. 25-11206

_____

Elite Precision Customs L.L.C.; Tim Herron; Freddie Blish;
Firearms Policy Coalition, Incorporated, a nonprofit
corporation,

Plaintiffs - Appellants

v.

Bureau of Alcohol, Tobacco, Firearms, and Explosives; Todd
Wallace Blanche, Acting U.S. Attorney General; Daniel Driscoll,
Acting Director, U.S. Bureau of Alcohol, Tobacco, Firearms, and
Explosives,

Defendants - Appellees